UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04343
   WILLIAM J BAXTER
   WENDY L BAXTER                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-0692    SSN XXX-XX-0123
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/12/07 and confirmed on 07/17/07.

2. The case was converted to Chapter 7 after confirmation, 11/12/2008.

3. The Debtor paid a total of $ 3991.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | .00 | .00 | .00 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | 568.83 | .00 | 568.83 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 5770.11 | .00 | 205.53 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3236.92 | .00 | 115.29 |
| CAPITAL ONE BANK | UNSECURED | 892.30 | .00 | 31.78 |
| CAPITAL ONE BANK | UNSECURED | 777.80 | .00 | 27.70 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 574.18 | .00 | 20.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1286.50 | .00 | 45.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1154.50 | .00 | 41.12 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1034.73 | .00 | 36.85 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | 350.00 | .00 | 12.46 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 568.83 | .00 | 15077.04 | .00 | 15645.87 |

```
PRINCIPAL PAID              568.83           .00        537.00          .00      1105.83
INTEREST PAID                  .00           .00           .00          .00          .00
TOTAL PAID                  568.83           .00        537.00          .00      1105.83
```

The Debtor's attorney, JOHN C DENT                    , was allowed $    3000.00
and was paid $    295.00   direct and $   2705.00   through the plan.

The Trustee received $     180.17 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 04343 WILLIAM J BAXTER & WENDY L BAXTER